[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-13456
Non-Argument Calendar

_____

D.C. Docket No. 3:16-cr-00006-MCR-EMT-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDRE PERRY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(February 5, 2020)

Before JILL PRYOR, GRANT, and LUCK, Circuit Judges.

PER CURIAM:

Megan Saillant, appointed counsel for Andre Perry in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Perry's conviction and sentence are **AFFIRMED**.

.